**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI**

In re:                                              Case No. 12-23166-AJC

    Paul Richard Caputo

                                                                                                                                Chapter 13

    Debtor,
_____/

**NOTICE OF APPEARANCE**

      Undersigned counsel makes its appearance on behalf of Creditor, Camile Caputo. Camile Caputo requests that all matters which must be noticed to creditors or any other party be sent to the undersigned and that the undersigned, pursuant to FRBP 2002(g), be added to the Court's Master Mailing List.

Dated this 12th day of June, 2012.

                                              **DIEPPA LAW FIRM, P.A.**
                                              2097 West 76 Street
                                              Hialeah, FL 33130
                                              Tel: 305-826-8266
                                              Fax: 786-513-0687
                                              Email: edieppa@dieppalaw.com

                                              By:  /s/ Eduardo E. Dieppa III, Esq.
                                                   **EDUARDO E. DIEPPA III**
                                                   Florida Bar No. 832901

Case No. 11-13233-LMI

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I hereby certify that on this 12th day of June, 2012, a copy of the foregoing was served upon all parties in the mailing index via U.S. Mail.
 The following were served via EMCEF:

Nancy N Herkert, Esq.
Standing Ch. 13 Trustee
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

Michael Frank, Esq.

                                        By:   /s/ Eduardo E. Dieppa III, Esq.
                                                             **EDUARDO E. DIEPPA III**
                                                             Florida Bar No. 832901