I, Paul Caputo, agree that in the event of a dissolution of marriage between myself and Camille Caputo, that I will pay to Camille Caputo on or before the closing of the sale of the real property, with the address of 550 NE 56 St. Miami, Fl., the sum of $200,000.00 as a lump sum alimony settlement payment per our agreement and waive ~~any and all other type of~~ alimony payment.

This is contingent upon Camille Caputo executing the loan documents for the property located at 550 NE 56 St. Miami, Fl on or before 4-10-07.

_____
Paul Caputo

_____
Camille Caputo