# PROMISSORY NOTE

$120,000.00                                                                                          April 10th, 2007

**FOR VALUE RECEIVED, Paul and Camille Caputo, husband and wife,** whose post office address is 550 N. E. 56th Street, Miami, Florida 33137, (hereinafter called the "Borrower"), promises to pay to the order of **ARISTO MORTGAGE, LLC**, (hereinafter called the "Lender"), at the Lender's office located at 3135 SW 3 Ave. Miami FL 33129, or at such other place as the Lender may from time to time designate in writing, in lawful money of the United States of America, the principal sum of ($120,000.00) on or before **MAY 1, 2008** (the "Maturity Date").

Interest shall be payable from the date hereof on the principal amount remaining unpaid from time to time at the fixed rate of twelve percent (12%) per annum (the "Base Rate"). Prior to default, principal and interest shall be payable in consecutive equal monthly installments of One Thousand Two Hundred Dollars and 00/100s ($1,200.00) on the first banking day of each month **beginning May 1, 2007** continuing on the first banking day of each month thereafter until the Maturity Date. The entire unpaid principal balance and all accrued and unpaid interest and any other outstanding charges and fees due hereunder or under the Mortgage (hereinafter defined) shall be due and payable on the Maturity Date. Payments shall be applied, first, to accrued but unpaid interest, and any outstanding expenses or charges, and then to principal.

The Lender, at its option, may elect at any time and from time to time to deduct the amount of any such monthly payment(s) on the respective due date(s) from any of the Borrower's funds on deposit with the Lender in depository accounts or otherwise. The Lender may exercise the aforesaid right of setoff automatically as of the due date without notice to Borrower.

Interest on this Note shall accrue during the course of the month and shall be calculated on the basis of actual days elapsed in a year of 365 days, and shall be compounded monthly. The principal of and interest on this Note shall be payable at the Lender's address set forth hereinbefore or at such other address as the Lender shall from time to time designate in writing.

If any installment of principal or interest is overdue more than three calendar days, an additional charge will be due by Borrower to Lender to cover the cost of delay. This late charge shall be Five Percent (5%) of any payment overdue under the Loan Agreement or this Note, but shall not at any time be less than Two Hundred Fifty Dollars ($250.00).

THIS LOAN IS SUBJECT TO A PREPAYMENT PENALTY OF (6 MONTHS) IN THE FIRST YEAR.

The occurrence of any one or more of the following events shall constitute an Event of Default:

1. If the Borrower defaults in payment of interest or principal as agreed upon hereinbefore;

2. Any default in the observance of any of the covenants or agreements of the Borrower contained in this Note or the mortgage securing this Note, or;

3. The institution of any proceeding in bankruptcy, reorganization, or insolvency against or by the Borrower or the appointment of a trustee or receiver of the Borrower's property.

Upon the happening of any event of default described above or upon an occurrence of an event of default as set forth above, the whole of the principal set forth herein then remaining unpaid and all interest accrued thereon, shall at the option of the Lender become immediately due and payable without notice to Borrower. This Note and all sums payable hereunder shall bear interest at the maximum amount allowable by Florida law (the "Default Interest Rate") from the date of maturity or default, whichever first occurs. The interest payable or agreed to be paid hereunder shall not exceed the highest lawful rate of interest permitted in the State of Florida, and if, inadvertently, there is such excess sum paid, it shall be applied to reduce the Principal Amount. The

Borrower hereby waives presentment, protest, demand or payment and notice of non-payment or protest on this Note. Any judgment against Borrower shall bear interest at the Default Interest Rate.

If this Note is collected by suit through legal process, probate, bankruptcy court, or any other judicial proceedings, or if this Note is not paid at maturity, however such maturity may be brought about, and is placed in the hands of an attorney for collection, then the Borrower promises to pay all fees and costs incurred in connection with such collection, including any attorney's fees on appeal or deficiency proceedings. THE BORROWER AND THE LENDER HEREBY WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING RELATED IN ANY WAY TO THIS NOTE OR ACCOMPANYING LOAN DOCUMENTS.

This Note shall be governed by and construed in accordance with the laws of the State of Florida. In the event of any inconsistencies between this Note and the Loan Agreement, the Note shall control.

Lender shall not have the right to pursue any deficiency judgment against Camille Caputo.

The Note is payable in full on the Maturity Date, or upon such earlier date as provided by the Mortgage or loan agreement between the Borrower and the Lender. At maturity, Borrower must repay the entire outstanding Principal Amount, accrued interest and any outstanding late fees, escrow advances or loan charges then due. The Lender is under no obligation to refinance the Note at maturity. Borrower will therefore be required to make payment out of other assets Borrower may own, or Borrower will have to find a lender willing to lend the money at prevailing market rates, which may be higher than the interest rate on this Note.

Note: Florida Documentary Stamps have been attached to the mortgage securing this note.

**IN WITNESS WHEREOF**, the Borrower has signed this Note as of the day, month, and year first above written.

Borrower:    **Paul Caputo**

_/s/ Paul Caputo_

Borrower:    **Camille Caputo**

_/s/ Camille Caputo_